IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 3:18-cv-00225

JUDGE WALTER H. RICE

DOUGLAS M. KOHLS,
individually and in his capacity
as Executor of the Estate of
Corwin J. Kohls, Deceased,

Defendant.

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO REVISE TRIAL DATE (DOC. #10)

---

Plaintiff, United States of America and Defendant, Douglas M. Kohls, have jointly filed a motion to revise the trial date, Doc. #10, currently scheduled for September 9, 2019, and to schedule a date for the final pre-trial conference. The parties have requested a continuance due to recently filed dispositive motions for summary judgment on the issue of the statute of limitations, Doc. ##7 and 8, as well as personal and professional scheduling conflicts.

Having reviewed the joint motion to continue the trial, Doc. #10, said motion is SUSTAINED.

The Court will schedule a conference call with counsel in order to determine a new trial date and a date for a final pretrial conference.

Date: August 7, 2019

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE