IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 3:18-cv-00225

JUDGE WALTER H. RICE

DOUGLAS M. KOHLS,
individually and in his capacity
as Executor of the Estate of
Corwin J. Kohls, Deceased,

    Defendant.

---

DECISION AND ENTRY SUSTAINING JOINT MOTION TO RESCHEDULE THE TRIAL DATE (DOC. # 13) AND REVISE PRETRIAL DEADLINES (DOC. #14)

---

Plaintiff, United States of America, and Defendant, Douglas M. Kohls, have jointly filed a motion to reschedule the trial date, Doc. #13, and a motion to revise the pretrial deadlines, Doc. #14. A final pretrial conference is scheduled for December 3, 2019, and trial is scheduled for December 16, 2019. The parties have filed these joint motions due to pending cross-motions for summary judgment on the issue of the statute of limitations, Docs. ##7 and 8.

The joint motions of the parties, Docs. ##13 and 14, are SUSTAINED. A conference call with counsel will be set thirty days following the Court's decision on the pending motions for summary judgment.

Date: November 22, 2019

_(signature)_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE